B6A (Official Form 6A) (12/07)

In re **Russell J. Smith,**            Case No. **2:15-bk-51458**
       **Amanda Matson-Smith**
_____,
Debtors

# SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Real Estate**<br>**Location: 2880 Boggs Road, Zanesville, OH 43701**<br>**Lot 3 in Sunset Acres Subdivision of Washington Township**<br>**Grantee: Russell J. Smith and Amanda Matson-Smith**<br>**Grantor: Evans Jay Armstead & Marilyn E. Armstead, Robert Stephenson, Muskingum County Sheriff**<br>**Deed on Decree or Order of Sale was signed on 07-28-2004 and recorded in Muskingum County Recorders Office on September 27, 2004 in Book 1891, Page 177**<br>**Parcel No. 70-80-01-02** | **Fee simple** | **J** | **107,000.00** | **172,666.22** |
| **.57 Acres of Land**<br>**Location: Lot 4 in Sunset Acres Subdivision of Washington Township, Muskingum County Ohio**<br>**Grantee: Russell Smith**<br>**Grantor: Evans Jay Armstead and Marilyn E. Armstead**<br>**Quit-Claim Deed was signed on September 9, 2004 and recorded on September 17, 2004 in Muskingum County Recorder's office in Book 1895, Page 679**<br>**Parcel No.: 70-80-01-01-000** | **Fee simple** | **J** | **8,066.00** | **0.00** |

                                                 Sub-Total >     **115,066.00**     (Total of this page)

                                                          Total >     **115,066.00**

**0** continuation sheets attached to the Schedule of Real Property                (Report also on Summary of Schedules)

36

F04-0912 mas 7-19-04

# Deed On Decree Or Order of Sale

To all Persons to Whom these Presents shall Come:

Whereas, at the _____April_____ Term 2004, of the Court of Common Pleas of the county of _____Muskingum_____ and State of Ohio, in an action numbered on the Docket of said Court as Case No. _____CE 2004 0145_____, wherein __Merrill Lynch Credit Corporation, et al.__

Plaintiff____, and _Evans Jay Armstead,, Marilyn E. Armstead and Bank One, NA_____

Defendant ____, an order of sale Dated _____April 28_____, 2004 was adjudged and decreed to the said plaintiff, Merrill Lynch Credit Corporation, ~~et al.~~

against the said __defendant, Evans Jay Armstead,__ Marilyn E. Armstead and Bank One, NA

for the sum of _Seventy-Five Thousand Five Hundred Thirty and 34/100 Dollars ($75,530.34) plus interest at the rate of 5.50% per annum from January 15, 2003, plus applicable late charges_, and costs of Suit:

And Whereas, pursuant to said judgment, an order of sale was afterwards, on the _____28th_____ day of _____April_____, 2003 duly issued by said Court, commanding the Sheriff of said County to sell the hereinafter described premises according to law;

And Whereas, I, _____Robert Stephenson_____, the Sheriff aforesaid, having caused said premises to be appraised, and a copy of the appraisement to be duly filed in the Office of the Clerk of said Court, and having advertised the time and place of selling the same, in _the Zanesville Times Recorder_ _____ a newspaper printed and of general circulation in said County, for the period of thirty days prior to the day of sale, and otherwise complied with said order and the statute in such cases;

This Conveyance has been examined and the Grantor has complied with Section 319.202 of the Revised Code.
FEE $ 282.00
ANITA J. ADAMS, COUNTY AUDITOR

001521

TRANSFERRED
Aug 27 20 04
ANITA J. ADAMS
Auditor, Muskingum County, Ohio

Image ID: 000000635234  Type: OFF
Recorded: 08/27/2004 at 03:21:00 PM
Fee Amt: $36.00 Page 1 of 3
Instr# 200400013525
Muskingum County
Karen Vincent County Recorder
BK 1891 PG 177

Book: 1891  Page: 177  Seq: 1

And Whereas, on the ___25th___ day of ___June___, 20 _04_ in the first floor lobby of the Courthouse in said County at __10:00__ o'clock __A__.M. of said day, I, the said Sheriff, exposed said Real Estate for sale at Public Auction, and the same was then and there sold to the hereinafter named grantee_____, for the sum of _____ Ninety-Four Thousand and xx/100 ($94,000.00) Dollars, the bid of said grantee _____ being the highest and best bid offered, and said sum being __at least__ two-thirds the appraised value thereof:

And Whereas, at the _____July_____ Term of said Court, 20 _04_, the said proceedings by the said Sheriff had in the premises, were submitted to said Court, and by it in all respects confirmed, and the said Sheriff was ordered and directed to make a Deed of said Real Estate to the said hereinafter named grantee ___;

Now Know Ye, That I, ___Robert Stephenson___, Sheriff of ___Muskingum___ County, Ohio, by virtue of the Statute in such case made and provided, and in consideration of the said sum of __Ninety-Four Thousand and xx/100 ($94,000.00)_____ Dollars, which I acknowledge to have received from the grantee , do hereby Grant, Sell and Convey unto said grantee ___, __Russell Smith, whose tax mailing address 429 Vanhorn Avenue, Zanesville, Ohio 43701_____ its successors and assigns forever, the following described real estate, situated in ___Muskingum_____ County and State of Ohio, to-wit:

Situated in the County of Muskingum in the State of Ohio and in the Township of Washington and bounded and described as follows:

Being Lot Number Three (3) in Sunset Acres Subdivision of Washington Township, as he same is designated and delineated on the recorded plat thereof, of record in Plat Book 9, Page 55, of the Plat Records of Muskingum County, Ohio.

Premises commonly known as: 2880 Boggs Road
Zanesville, Ohio 43701

Permanent Parcel Number: 70-80-01-02

Prior Deed Reference Number: Volume 547, Page 253

To have and to hold the same with all the appurtenances thereto belonging, to said grantee __ and __ its successors and assigns forever.

IN WITNESS WHEREOF, I have hereunto set my hand officially, this ____28th____ day of ____July____, 20__04__.

Signed and Acknowledged in Presence of

_Cindy D. Blaney_

_Diane Buchanan_

_Robert Stephenson_
Robert Stephenson
Sheriff of __Muskingum__ County, Ohio.

The State of Ohio, __Muskingum__ County.

Before me, the undersigned, a Notary Public within and for said County, personally appeared the above named __Robert Stephenson__ Sheriff of said __Muskingum__ County, Ohio, the grantor in the above deed of conveyance, who acknowledged the signing of the same to be his voluntary act and deed, for the uses and purposes therein mentioned.

THIS INSTRUMENT PREPARED BY:
Carole McNelis Tani,
Kramer & Birch Co., L.P.A.
24755 Chagrin Blvd., Suite 200
Cleveland, OH 44122-5690
(216) 360-7200.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this __28th__ day of __July__, 2004.

_Diane Buchanan_
DIANE L. BUCHANAN
Notary Public, State of Ohio
My Commission Expires __8-10-07__

**SHERIFF'S DEED**
For Land Heretofore Owned by
Evans Jay Armstead and Marilyn E. Armstead
and Sold and Conveyed by
Robert Stephenson
Muskingum County Sheriff,
TO
Russell Smith

_____ Page
Ex Doc. _____
Received for Record _____, 20 ___
at _____ o'clock ___ M.
Recorded _____, 20 ___
Recorder _____
Entered for Transfer _____, 20 ___
Auditor _____
Deputy _____

Image ID: 000000635238 Type: OFF
Page 3 of 3
BK 1891 PG 179

Book: 1891  Page: 177  Seq: 3

Quit-Claim Deed



Image ID: 000000640170 Type: OFF
Recorded: 09/17/2004 at 08:59:14 AM
Fee Amt: $28.00 Page 1 of 2
Instr# 200400014607
Muskingum County
Karen Vincent County Recorder
BK 1895 PG 679

## KNOW ALL MEN BY THESE PRESENTS

*That* EVANS JAY ARMSTEAD and MARILYN E ARMSTEAD, husband and Wife,

*Of Lucas County, State of Ohio, for valuable consideration paid, grant to*

RUSSELL SMITH

the Grantee(s)

*whose tax-mailing address is*   429 Van Horn Avenue
Zanesville, OH 43701

*the following real property:*

Situated in the County of Muskingum in the State of Ohio and in the Township of Washington and bounded and described as follows;

Being Lot Number Four (4) in Sunset Acres Subdivision of Washington Township, as the same as is designated and delineated on the recorded plat thereof, of record in Plat Book 9, Page 55, of the Plat Records of Muskingum County, Ohio.

Parcel Number: 70-80-01-01-000

WITNESS our hands this ___9___ day of _SEPTEMBER_, 2004.

*Signed and acknowledged in presence of*

E 1136

This Conveyance has been examined and the Grantor has complied with Section 319.202 of the Revised Code.
FEE $___
EXEMPT ✓
ANITA J. ADAMS, COUNTY AUDITOR

TRANSFERRED
9/17 20 04
ANITA J. ADAMS
Auditor, Muskingum County, Ohio

Book: 1895 Page: 679 Seq: 1

_____
EVANS JAY ARMSTEAD

_____
MARILYN E. ARMSTEAD

State of Ohi )
LUCAS County ) SS.

**Before me,** a Notary Public in and for said County and State, personally appeared the above named EVANS JAY ARMSTEAD and MARILYN E. ARMSTEAD, wife and husband, who acknowledged that they did sign the foregoing instrument and that the same is their free act and deed.

**In Testimony Whereof,** I have hereunto set my hand and official seal, at TOLEDO, OH, this 9 day of SEPTEMBER, 2004.

_____
NOTARY PUBLIC

MICHAEL D. ERRINGTON
ATTORNEY AT LAW - STATE OF OHIO
MY COMMISSION HAS NO EXPIRATION DATE
SECTION 147.03 R.C.

This Instrument Prepared By:

D. ANDERSON MOOREHEAD, Attorney at Law
58 N. Fifth St., Zanesville, OH 43701
(Deed Only)

Image ID: 000000640171  Type: OFF
Page 2 of 2
BK 1895 PG 680

## **CERTIFICATE OF SERVICE (LBR 9013-3)**

      I hereby certify that on <u>April 21, 2015 in the year of Our Lord</u>, a copy of the foregoing <u>Amended Schedule A</u> was served on the following registered ECF participants, electronically through the court's ECF System at the email address registered with the Court:

Asst US Trustee (Col)
Edward Henry Cahill on behalf of Creditor Nationstar Mortgage, LLC
Mitchell Marczewski on behalf of Debtor Russell J Smith
Mitchell Marczewski on behalf of Joint Debtor Amanda Matson-Smith
Frank M Pees, Chapter 13 Trustee

And on the following by ordinary U.S. Mail addressed to:

Russell J. Smith, 2880 Boggs Rd, Zanesville OH 43701
Amanda Matson-Smith, 2880 Boggs Rd, Zanesville OH 43701

                                                  */s/ Mitchell C. Marczewski*
                                                  **MITCHELL C. MARCZEWSKI (0073258)**