IN THE UNITED STATES BANKRUPTCY COURT
SOUTHER/N DISTRICT OF OHIO
EASTERN DIVISION

| In Re: | Case No. 15-51458 |
|---|---|
| RUSSELL J. SMITH<br>AMANDA MATSON-SMITH | Chapter 13 |
|  | Judge Preston |
| Debtor(s). |  |

**NOTICE OF FILING OF REAL ESTATE APPRAISAL**

The debtors hereby file the attached real estate appraisal for the following real estate:

| ADDRESS | VALUE |
|---|---|
| 2880 Boggs Road, Zanesville, OH 43701 | $107,000.00 |
| .57 Acres of Land, Lot 4 in Sunset Acres Subdivision of Washington Township, Muskingum County Ohio | $8,066.00 |

Respectfully Submitted,

*/s/ Mitchell C. Marczewski (0073258)*
Attorney for Debtor(s)
MARCZEWSKI LAW OFFICES, LLC
1020 Maple Ave.
Zanesville OH 43701
740-453-8900; 740-453-8988, Fax
mitch@zanesvillelawyer.com

**CERTIFICATE OF SERVICE (LBR 9013-3)**

I hereby certify that on April 21, 2015 in the year of Our Lord, a copy of the foregoing Notice of Filing of Real Estate Appraisal was served on the following registered ECF participants, electronically through the court's ECF System at the email address registered with the Court:

Asst US Trustee (Col)
Edward Henry Cahill on behalf of Creditor Nationstar Mortgage, LLC
Mitchell Marczewski on behalf of Debtor Russell J Smith
Mitchell Marczewski on behalf of Joint Debtor Amanda Matson-Smith
Frank M Pees, Chapter 13 Trustee

And on the following by ordinary U.S. Mail addressed to:

- Russell J. Smith, 2880 Boggs Rd, Zanesville OH 43701
- Amanda Matson-Smith, 2880 Boggs Rd, Zanesville OH 43701

*/s/ Mitchell C. Marczewski*
**MITCHELL C. MARCZEWSKI (0073258)**

| Client | Russell Smith | | | | | File No. | 111 |
|---|---|---|---|---|---|---|---|
| Property Address | 2880 Boggs Rd | | | | | | |
| City | Zanesville | County | Muskingum | State | OH | Zip Code | 43701 |
| Client | Russell Smith | | | | | | |

## TABLE OF CONTENTS



GP Residential .................................................................................................................. 1
GP Residential Certifications Addendum ........................................................................ 4
Subject Photos ................................................................................................................. 6
Comparable Photos 1-3 .................................................................................................. 7
Foundation Sketch .......................................................................................................... 8
Location Map .................................................................................................................. 9
Appraiser Disclosure Statement .................................................................................... 10

# RESIDENTIAL APPRAISAL REPORT

File No.: 111

## SUBJECT

| Field | Value |
|---|---|
| Property Address | 2880 Boggs Rd |
| City | Zanesville |
| State | OH |
| Zip Code | 43701 |
| County | Muskingum |
| Legal Description | Lot 3 & 4 Sunset Acres |
| Assessor's Parcel # | 70-80-01-02-000 & 70-80-01-01-000 |
| Tax Year | 2012 |
| R.E. Taxes $ | 1,375.38 |
| Special Assessments $ | 12.00 |
| Borrower (if applicable) | n/a |
| Current Owner of Record | Russell Smith |
| Occupant | ☒ Owner ☐ Tenant ☐ Vacant ☐ Manufactured Housing |
| Project Type | ☐ PUD ☐ Condominium ☐ Cooperative ☒ Other (describe) single family |
| HOA $ | n/a ☐ per year ☐ per month |
| Market Area Name | Washington Township |
| Map Reference | 49780 |
| Census Tract | 9127.00 |

The purpose of this appraisal is to develop an opinion of: ☒ Market Value (as defined), or ☐ other type of value (describe)

This report reflects the following value (if not Current, see comments): ☒ Current (the Inspection Date is the Effective Date) ☐ Retrospective ☐ Prospective

Approaches developed for this appraisal: ☒ Sales Comparison Approach ☐ Cost Approach ☐ Income Approach (See Reconciliation Comments and Scope of Work)

Property Rights Appraised: ☒ Fee Simple ☐ Leasehold ☐ Leased Fee ☐ Other (describe)

## ASSIGNMENT

Intended Use: Bankruptcy Court

Intended User(s) (by name or type): Attorney Mitchell Marczewski Zanesville, Ohio 43071

Client: Russell Smith    Address: 2880 Boggs Road Zanesville, Ohio 43701

Appraiser: Kathy Seward    Address: 175 Christopher Place Zanesville, OHio 43701

## MARKET AREA DESCRIPTION

| Location | ☐ Urban ☐ Suburban ☒ Rural |
| Built up | ☐ Over 75% ☒ 25-75% ☐ Under 25% |
| Growth rate | ☐ Rapid ☒ Stable ☐ Slow |
| Property values | ☐ Increasing ☒ Stable ☐ Declining |
| Demand/supply | ☐ Shortage ☒ In Balance ☐ Over Supply |
| Marketing time | ☐ Under 3 Mos. ☒ 3-6 Mos. ☐ Over 6 Mos. |

Predominant Occupancy: ☒ Owner ☒ Tenant ☒ Vacant (0-5%) ☐ Vacant (>5%)

One-Unit Housing:
- PRICE: 50,000 Low; 150,000 High; 80,000 Pred
- AGE (yrs): 10 Low; 120 High; 80 Pred

Present Land Use:
- One-Unit: 90%
- 2-4 Unit: 0%
- Multi-Unit: 10%
- Comm'l: 0%
- Total: 100%

Change in Land Use: ☒ Not Likely ☐ Likely * ☐ In Process *

Market Area Boundaries, Description, and Market Conditions (including support for the above characteristics and trends): Supply and demand appear to be in relative balance rates remain favorable and generally little sales concessions are necessary/common extended marketing times are ntoed. After a period of rapid growth between 2001-2005. Located in Washington Township with I-70 to the the South, Sonora Road to the East, St. Rt. 93 to the West and Norfield Road to the North.

## SITE DESCRIPTION

| Field | Value |
|---|---|
| Dimensions | |
| Site Area | 1.05 |
| Zoning Classification | 510-single family |
| Description | Sunset Acres |
| Zoning Compliance | ☒ Legal ☐ Legal nonconforming (grandfathered) ☐ Illegal ☐ No zoning |
| Are CC&Rs applicable? | ☐ Yes ☐ No ☐ Unknown    Have the documents been reviewed? ☐ Yes ☐ No |
| Ground Rent (if applicable) | $ / |
| Highest & Best Use as improved | ☒ Present use, or ☐ Other use (explain) |
| Actual Use as of Effective Date | residential |
| Use as appraised in this report | residential rural |
| Summary of Highest & Best Use | residential rural area subdivision Sunset Acres |

Utilities:
- Electricity: ☒ Public ☐ Other
- Gas: ☒ Public ☐ Other
- Water: ☒ Public ☐ Other
- Sanitary Sewer: ☐ Public ☒ Other
- Storm Sewer: ☐ Public ☐ Other

Off-site Improvements:
- Street: paved, ☒ Public ☐ Private
- Curb/Gutter: ☒ Public ☐ Private
- Sidewalk: ☐ Public ☐ Private
- Street Lights: ☐ Public ☐ Private
- Alley: ☐ Public ☐ Private

Topography: rolling hill
Size: 1.05
Shape: irr
Drainage: average
View: average

Other site elements: ☐ Inside Lot ☒ Corner Lot ☐ Cul de Sac ☐ Underground Utilities ☐ Other (describe)

FEMA Special Flood Hazard Area: ☐ Yes ☒ No    FEMA Flood Zone: X    FEMA Map #: 39119C0305G    FEMA Map Date: 7/6/2010

Site Comments: The site and site improvements are typical for the area, no adverse encroachments or conditions were visible or obvious. The Appraiser did not perform a title search. A title search should be completed to assure no adverse encroachments or easements are present.

## DESCRIPTION OF THE IMPROVEMENTS

General Description:
- # of Units: 1
- # of Stories: 1 story
- Type: ☒ Det. ☐ Att.    ☐ Acc.Unit
- Design (Style): 1 story
- ☒ Existing ☐ Proposed ☐ Und.Cons.
- Actual Age (Yrs.): 59
- Effective Age (Yrs.): 30

Exterior Description:
- Foundation: block
- Exterior Walls: alum
- Roof Surface: shingle
- Gutters & Downspouts: alum
- Window Type: storm/double
- Storm/Screens: some/some

Foundation:
- Slab: n/a
- Crawl Space: n/a
- Basement: part
- Sump Pump: ☐
- Dampness: ☐
- Settlement: unknown
- Infestation: unknown

Basement:
- Area Sq. Ft.: 1,008
- % Finished: n/a
- Ceiling: beams
- Walls: concrete
- Floor: concrete
- Outside Entry: none noted

Heating:
- Type: Fod (?)
- Cooling: Central

Interior Description:
- Floors: n/a
- Walls: n/a
- Trim/Finish: n/a
- Bath Floor: n/a
- Bath Wainscot: n/a
- Doors: n/a

Appliances: ☐ Refrigerator ☐ Range/Oven ☐ Disposal ☐ Dishwasher ☐ Fan/Hood ☐ Microwave ☐ Washer/Dryer

Attic: ☒ None
- Stairs ☒
- Drop Stair ☒
- Scuttle ☒
- Doorway
- Floor ☒
- Heated
- Finished

Amenities:
- Fireplace(s) # n/a
- Patio yes
- Deck yes
- Porch n/a
- Fence n/a
- Pool n/a
- Woodstove(s) # n/a

Car Storage: ☐ None
- Garage # of cars ___ (Tot.)
- Attach yes
- Detach n/a
- Blt.-In n/a
- Carport n/a
- Driveway grave
- Surface gravel/dirt

Finished area above grade contains: 5 Rooms    4 Bedrooms    2 Bath(s)    1,632 Square Feet of Gross Living Area Above Grade

Additional features: No recent improvements noted

Describe the condition of the property (including physical, functional and external obsolescence): Exterior view of this one story home does not show any recent improvement, siding repair garage area, dirt/gravel driveway exterior shed.

**GP RESIDENTIAL**    Form GPRES2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE    3/2007

# RESIDENTIAL APPRAISAL REPORT

File No.: 111

## TRANSFER HISTORY

My research [ ] did [X] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Data Source(s): auditor

**1st Prior Subject Sale/Transfer**
- Date: 08/27/2004
- Price: 94,000
- Source(s): auditor

**2nd Prior Subject Sale/Transfer**
- Date:
- Price:
- Source(s):

Analysis of sale/transfer history and/or any current agreement of sale/listing: No recent transfers noted.

## SALES COMPARISON APPROACH TO VALUE (if developed)
[ ] The Sales Comparison Approach was not developed for this appraisal.

| FEATURE | SUBJECT | COMPARABLE SALE #1 | +(-) $ Adjust | COMPARABLE SALE #2 | +(-) $ Adjust | COMPARABLE SALE #3 | +(-) $ Adjust |
|---|---|---|---|---|---|---|---|
| Address | 2880 Boggs Rd, Zanesville, OH 43701 | 3535 Boggs Rd, Zanesville, OH 43701 | | 3455 Boggs Rd, Zanesville, OH 43701 | | 481 E Lawndale Pl, Zanesville, OH 43701 | |
| Proximity to Subject | | 1.03 miles NE | | 0.94 miles NE | | 0.32 miles W | |
| Sale Price | $ | $ 99,000 | | $ 117,900 | | $ 122,500 | |
| Sale Price/GLA | $ /sq.ft. | $ 83.61 /sq.ft. | | $ 72.96 /sq.ft. | | $ 112.18 /sq.ft. | |
| Data Source(s) | | MLS #3656863 co.rec.DOM 130 | | MLS #3628766 co.rec.DOM 94 | | MLS #3608363 co.rec.DOM 51 | |
| Verification Source(s) | | Muskingum County Auditor/MLS | | Muskingum County Auditor/MLS | | Muskingum County Auditor/MLS | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust | DESCRIPTION | +(-) $ Adjust | DESCRIPTION | +(-) $ Adjust |
| Sales or Financing Concessions | | ArmLth/Conv, none noted | | ArmLth/Conv, none noted | | ArmLth/va, none noted | |
| Date of Sale/Time | | 02/23/2015 | | 10/13/2014 | | 05/30/2014 | |
| Rights Appraised | fee simple | fee simple | | fee simple | | fee simple | |
| Location | average | average | | average | | average | |
| Site | 1.05 | .90 | | .45 | +3,000 | .93 | |
| View | average | average | | average | | average | |
| Design (Style) | 1 story | 1 story | | 1 story | | 1 story | |
| Quality of Construction | average | average | | average | | average | |
| Age | 59 | 55 | | 52 | | 51 | |
| Condition | average | average | | average | | average | |
| Above Grade Room Count | Total 5 / Bdrms 4 / Baths 2 | Total 6 / Bdrms 3 / Baths 1 | +2,000 | Total 6 / Bdrms 3 / Baths 1.5 | | Total 7 / Bdrms 3 / Baths 1 | |
| Gross Living Area | 1,632 sq.ft. | 1,184 sq.ft. | +7,000 | 1,616 sq.ft. | | 1,092 sq.ft. | +9,000 |
| Basement & Finished Rooms Below Grade | partial / 0 | full/walkout / 50% | -4,000 / -5,000 | full / 50% | -4,000 / -5,000 | full / 50% | -4,000 / -5,000 |
| Functional Utility | standard | standard | | standard | | standard | |
| Heating/Cooling | gas/fa/central | oil/fa/no central | +1,500 | gas/fa/central | | gas/fa/central | |
| Energy Efficient Items | average | average | | average | | average | |
| Garage/Carport | 2 car att/shed | 1 car att | +2,500 | 2 car att 2 car det | -5,000 | 4 car att | -5,000 |
| Porch/Patio/Deck | patio/ deck | porch/deck | | covered porch | | cov/enclosed porch | -5,000 |
| Net Adjustment (Total) | | [X] + [ ] - $ 4,000 | | [ ] + [X] - $ -11,000 | | [ ] + [X] - $ -10,000 | |
| Adjusted Sale Price of Comparables | | $ 103,000 | | $ 106,900 | | $ 112,500 | |

Summary of Sales Comparison Approach: The direct sales analysis is sufficient to indicated a reliable value estimate. The most recent and appropriate sales available were utilized for this rural area. The direct sales analysis value is based on a weighted average of the gross adjustment of the above described sales analysis value is based on a weighted average of the gross adjustment of the above described sales analysis.

Not for insurances purposes.

Interior inspection required proves not same condition as the exterior could change appraised value.

Indicated Value by Sales Comparison Approach $ 107,000

GP RESIDENTIAL — form GPRES2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE   3/2007

# RESIDENTIAL APPRAISAL REPORT

File No.: 111 / 111

## COST APPROACH TO VALUE (if developed)
[X] The Cost Approach was not developed for this appraisal.

Provide adequate information for replication of the following cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value): **Muskingum County Auditor and extraction method. This is due to the lack of similar site and lot sales in the area.**

ESTIMATED [ ] REPRODUCTION OR [ ] REPLACEMENT COST NEW — OPINION OF SITE VALUE = $

| Field | Value |
|---|---|
| Source of cost data | |
| Quality rating from cost service | Effective date of cost data |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.): The cost approach and income approach not considered. The square foot taken from Muskingum County Auditor. | |

DWELLING  SqFt @ $ = $
           SqFt @ $ = $
           SqFt @ $ = $
           SqFt @ $ = $
           SqFt @ $ = $

Garage/Carport  SqFt @ $ = $
Total Estimate of Cost-New = $
Less  Physical  Functional  External
Depreciation = $( )
Depreciated Cost of Improvements = $
"As-is" Value of Site Improvements = $
= $
= $
Estimated Remaining Economic Life (if required): ____ Years
INDICATED VALUE BY COST APPROACH = $

## INCOME APPROACH TO VALUE (if developed)
[X] The Income Approach was not developed for this appraisal.

Estimated Monthly Market Rent $ _____ X Gross Rent Multiplier _____ = $ _____ Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM):

## PROJECT INFORMATION FOR PUDs (if applicable)
[ ] The Subject is part of a Planned Unit Development.
Legal Name of Project:
Describe common elements and recreational facilities:

## Reconciliation

Indicated Value by: Sales Comparison Approach $ **107,000**   Cost Approach (if developed) $ _____   Income Approach (if developed) $ _____

Final Reconciliation: The income approach was not used due to the lack of sufficient number of single family homes which were on the rental market and subsequently sld. Although all approaches to the market value were considered, the direct sales analysis was deemed the only appropriate indicator of market value for the subject property.

This appraisal is made [X] "as is", [ ] subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed, [ ] subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed, [ ] subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair: **This Appraisal was made in 'as is' condition from exterior inspection. This Appraisal report is prepared for the sole and exclusive use of the Appraisers client.**

[ ] This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is: $ **107,000** , as of: **04/13/2015** , which is the effective date of this appraisal. If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report. See attached addenda.

A true and complete copy of this report contains **8** pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

## Attachments

Attached Exhibits:
[X] Scope of Work        [X] Limiting Cond./Certifications  [ ] Narrative Addendum       [X] Photograph Addenda   [ ] Sketch Addendum
[X] Map Addenda          [ ] Additional Sales               [ ] Cost Addendum            [ ] Flood Addendum       [ ] Manuf. House Addendum
[ ] Hypothetical Conditions  [ ] Extraordinary Assumptions

Client Contact: _____   Client Name: **Russell Smith**
E-Mail: _____          Address: **2880 Boggs Road Zanesville, Ohio 43701**

## Signatures

APPRAISER
Signature: *Kathy Seward*
Appraiser Name: **Kathy Seward**
Company: **Seward Appraisal Service, LLC**
Phone: **740-819-2555**   Fax: **740-452-6459**
E-Mail: **kathyseward@yahoo.com**
Date of Report (Signature): **04/14/2015**
License or Certification #: **2005016683**   State: **Ohio**
Designation: **Ohio Licensed Residential**
Expiration Date of License or Certification: **09/06/2015**
Inspection of Subject: [ ] Interior & Exterior  [X] Exterior Only  [ ] None
Date of Inspection: **04/13/2015**

SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable)
Supervisory or Co-Appraiser Name:
Company:
Phone: _____   Fax: _____
E-Mail:
Date of Report (Signature):
License or Certification #: _____   State: _____
Designation:
Expiration Date of License or Certification:
Inspection of Subject: [ ] Interior & Exterior  [ ] Exterior Only  [ ] None
Date of Inspection:

**GP RESIDENTIAL**   Form GPRES2 — "TOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE   3/2007

# Assumptions, Limiting Conditions & Scope of Work

File No.: 111 / 111

| | | | | |
|---|---|---|---|---|
| Property Address: 2880 Boggs Rd | | City: Zanesville | State: OH | Zip Code: 43701 |
| Client: Russell Smith | | Address: | | |
| Appraiser: Kathy Seward | | Address: | | |

**STATEMENT OF ASSUMPTIONS & LIMITING CONDITIONS**

— The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.

— The appraiser may have provided a sketch in the appraisal report to show approximate dimensions of the improvements, and any such sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size. Unless otherwise indicated, a Land Survey was not performed.

— If so indicated, the appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

— The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

— If the cost approach is included in this appraisal, the appraiser has estimated the value of the land in the cost approach at its highest and best use, and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used. Unless otherwise specifically indicated, the cost approach value is not an insurance value, and should not be used as such.

— The appraiser has noted in the appraisal report any adverse conditions (including, but not limited to, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property, or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property, or adverse environmental conditions (including, but not limited to, the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

— The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

— The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice, and any applicable federal, state or local laws.

— If this appraisal is indicated as subject to satisfactory completion, repairs, or alterations, the appraiser has based his or her appraisal report and valuation conclusion on the assumption that completion of the improvements will be performed in a workmanlike manner.

— An appraiser's client is the party (or parties) who engage an appraiser in a specific assignment. Any other party acquiring this report from the client does not become a party to the appraiser-client relationship. Any persons receiving this appraisal report because of disclosure requirements applicable to the appraiser's client do not become intended users of this report unless specifically identified by the client at the time of the assignment.

— The appraiser's written consent and approval must be obtained before this appraisal report can be conveyed by anyone to the public, through advertising, public relations, news, sales, or by means of any other media, or by its inclusion in a private or public database.

— An appraisal of real property is not a 'home inspection' and should not be construed as such. As part of the valuation process, the appraiser performs a non-invasive visual inventory that is not intended to reveal defects or detrimental conditions that are not readily apparent. The presence of such conditions or defects could adversely affect the appraiser's opinion of value. Clients with concerns about such potential negative factors are encouraged to engage the appropriate type of expert to investigate.

The Scope of Work is the type and extent of research and analyses performed in an appraisal assignment that is required to produce credible assignment results, given the nature of the appraisal problem, the specific requirements of the intended user(s) and the intended use of the appraisal report. Reliance upon this report, regardless of how acquired, by any party or for any use, other than those specified in this report by the Appraiser, is prohibited. The Opinion of Value that is the conclusion of this report is credible only within the context of the Scope of Work, Effective Date, the Date of Report, the Intended User(s), the Intended Use, the stated Assumptions and Limiting Conditions, any Hypothetical Conditions and/or Extraordinary Assumptions, and the Type of Value, as defined herein. The appraiser, appraisal firm, and related parties assume no obligation, liability, or accountability, and will not be responsible for any unauthorized use of this report or its conclusions.

Additional Comments (Scope of Work, Extraordinary Assumptions, Hypothetical Conditions, etc.):

## Certifications

File No. 111
111

| | | | | |
|---|---|---|---|---|
| Property Address: | 2880 Boggs Rd | City: Zanesville | State: OH | Zip Code: 43701 |
| Client: | Russell Smith | Address: | | |
| Appraiser: | Kathy Seward | Address: | | |

**APPRAISER'S CERTIFICATION**
I certify that, to the best of my knowledge and belief:
— The statements of fact contained in this report are true and correct.
— The credibility of this report, for the stated use by the stated user(s), of the reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
— I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
— Unless otherwise indicated, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.
— I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
— My engagement in this assignment was not contingent upon developing or reporting predetermined results.
— My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
— My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
— I did not base, either partially or completely, my analysis and/or the opinion of value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property, or of the present owners or occupants of the properties in the vicinity of the subject property.
— Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
— Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification.

**Additional Certifications:**


**DEFINITION OF MARKET VALUE *:**
Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:
1. Buyer and seller are typically motivated;
2. Both parties are well informed or well advised and acting in what they consider their own best interests;
3. A reasonable time is allowed for exposure in the open market;
4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.
* This definition is from regulations published by federal regulatory agencies pursuant to Title XI of the Financial Institutions Reform, Recovery, and Enforcement Act (FIRREA) of 1989 between July 5, 1990, and August 24, 1990, by the Federal Reserve System (FRS), National Credit Union Administration (NCUA), Federal Deposit Insurance Corporation (FDIC), the Office of Thrift Supervision (OTS), and the Office of Comptroller of the Currency (OCC). This definition is also referenced in regulations jointly published by the OCC, OTS, FRS, and FDIC on June 7, 1994, and in the Interagency Appraisal and Evaluation Guidelines, dated October 27, 1994.

| Client Contact: | | Client Name: | Russell Smith |
|---|---|---|---|
| E-Mail: | | Address: | |

**APPRAISER**
*[Signature: Kathy Seward]*

| | | **SUPERVISORY APPRAISER (If required)** |
|---|---|---|
| | | or CO-APPRAISER (If applicable) |
| Appraiser Name: | Kathy Seward | Supervisory or Co-Appraiser Name: |
| Company: | Seward Appraisal Service, LLC | Company: |
| Phone: | 740-819-2555    Fax: 740-452-6459 | Phone:      Fax: |
| E-Mail: | kathyseward@yahoo.com | E-Mail: |
| Date Report Signed: | 04/14/2015 | Date Report Signed: |
| License or Certification #: | 2005016683      State: Ohio | License or Certification #:      State: |
| Designation: | Ohio Licensed Residential | Designation: |
| Expiration Date of License or Certification: | 09/06/2015 | Expiration Date of License or Certification: |
| Inspection of Subject: | ☐ Interior & Exterior  ☒ Exterior Only  ☐ None | Inspection of Subject: ☐ Interior & Exterior  ☐ Exterior Only  ☐ None |
| Date of Inspection: | 04/13/2015 | Date of Inspection: |

**GP RESIDENTIAL**              Form GPRES2AD — "TOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE                3/2007

**Subject Photo Page**

| Client | Russell Smith | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 2880 Boggs Rd | | | | | | |
| City | Zanesville | County | Muskingum | State | OH | Zip Code | 43701 |
| Client | Russell Smith | | | | | | |



**Subject Front**

2880 Boggs Rd
Sales Price
Gross Living Area　1,632
Total Rooms　5
Total Bedrooms　4
Total Bathrooms　2
Location　average
View　average
Site　1.05
Quality　average
Age　59



**Subject Rear**



**Subject Street**

## Comparable Photo Page

| Client | Russell Smith | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 2880 Boggs Rd | | | | | |
| City | Zanesville | County | Muskingum | State | OH | Zip Code 43701 |
| Client | Russell Smith | | | | | |



### Comparable 1
3535 Boggs Rd
Prox. to Subject 1.03 miles NE
Sale Price 99,000
Gross Living Area 1,184
Total Rooms 6
Total Bedrooms 3
Total Bathrooms 1
Location average
View average
Site .90
Quality average
Age 55



### Comparable 2
3455 Boggs Rd
Prox. to Subject 0.94 miles NE
Sale Price 117,900
Gross Living Area 1,616
Total Rooms 6
Total Bedrooms 3
Total Bathrooms 1.5
Location average
View average
Site .45
Quality average
Age 52



### Comparable 3
481 E Lawndale Pl
Prox. to Subject 0.32 miles W
Sale Price 122,500
Gross Living Area 1,092
Total Rooms 7
Total Bedrooms 3
Total Bathrooms 1
Location average
View average
Site .93
Quality average
Age 51

Form PIC3X5.CR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

**Foundation Sketch**

| Client | Russell Smith | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 2880 Boggs Rd | | | | | |
| City | Zanesville | County | Muskingum | State | OH | Zip Code 43701 |
| Client | Russell Smith | | | | | |



**Location Map**

| Client | Russell Smith | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 2880 Boggs Rd | | | | | | |
| City | Zanesville | County | Muskingum | State | OH | Zip Code | 43701 |
| Client | Russell Smith | | | | | | |



Form MAP.LOC - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## APPRAISER DISCLOSURE STATEMENT

In Compliance with Ohio Revised Code Section 4763.12(C)

File No.  111
111

**Name of Appraiser:** Kathy Seward

**Class of Certification/Licensure:**
- [ ] Certified General
- [ ] Certified Residential
- [x] Licensed Residential
- [ ] Temporary     [ ] General     [x] Licensed

**Certification/Licensure Number:** 2005016683

**Scope: This Report**
- [x] is within the scope of my Certification or License
- [ ] is not within the scope of my Certification or License

**Service Provided by:**
- [x] Disinterested & Unbiased Third Party
- [ ] Interested & Biased Third Party
- [ ] Interested Third Party on Contingent Fee Basis

Signature of person preparing and reporting the Appraisal:

*[signature: Kathy Seward]*

This form must be used in conjunction with appraisal assignments or specialized services performed by a state-certified or state-licensed real estate appraiser

State of Ohio
Department of Commerce
Division of Real Estate Appraiser Section
Cleveland (216) 787-3100

| Owner | | | File No. 1315 | |
|---|---|---|---|---|
| Property Address 2880 Boggs Rd | | | | |
| City   Zanesville | County  Muskingum | State  Ohio | Zip Code  43701-9177 | |
| Client   Mandi & Russell Smith | | | | |

## TABLE OF CONTENTS

Land ............................................................................................................................................................................... 1
Statement of Limiting Conditions .................................................................................................................................... 2
Subject Photos ................................................................................................................................................................ 4
Comparable Photos 1-3 .................................................................................................................................................. 5
Location Map .................................................................................................................................................................. 6
Appraiser Disclosure Statement ..................................................................................................................................... 7

Form TOCNP — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

# LAND APPRAISAL REPORT

File No. 1315

## IDENTIFICATION

| | |
|---|---|
| Borrower | Mandi and Russell Smith |
| Property Address | 2880 Boggs Rd |
| City | Zanesville |
| County | Muskingum |
| State | Ohio |
| Zip Code | 43701-9177 |
| Census Tract | 9827.00 |
| Map Reference | 3904250120D |
| Legal Description | Lot 4 Sunset Acres |
| Sale Price | $ n/a |
| Date of Sale | n/a |
| Loan Term | n/a yrs. |
| Property Rights Appraised | ☒ Fee ☐ Leasehold ☐ De Minimis PUD |
| Actual Real Estate Taxes | $ 291.67 (yr) |
| Loan charges to be paid by seller | $ n/a |
| Other sales concessions | n/a |
| Lender/Client | Mandi & Russell Smith |
| Address | 2880 Boggs Road, Zanesville, Ohio 43701 |
| Occupant | Mandi & Russell Smith |
| Appraiser | Kathy Seward |
| Instructions to Appraiser | bankruptcy appraisal Attorney Mitchell Marczwski |

## NEIGHBORHOOD

| Location | ☐ Urban ☐ Suburban ☒ Rural |
|---|---|
| Built Up | ☐ Over 75% ☒ 25% to 75% ☐ Under 25% |
| Growth Rate | ☐ Fully Dev. ☐ Rapid ☐ Steady ☒ Slow |
| Property Values | ☐ Increasing ☒ Stable ☐ Declining |
| Demand/Supply | ☐ Shortage ☒ In Balance ☐ Oversupply |
| Marketing Time | ☐ Under 3 Mos. ☐ 4-6 Mos. ☒ Over 6 Mos. |
| Present Land Use | 80% 1 Family  05% 2-4 Family  % Apts.  % Condo  05% Commercial |
| | % Industrial  05% Vacant  % |
| Change in Present Land Use | ☒ Not Likely ☐ Likely (*) ☐ Taking Place (*) |
| | (*) From _____ To _____ |
| Predominant Occupancy | ☐ Owner ☐ Tenant _____ % Vacant |
| Single Family Price Range | $ 50,000 to $ 180,000 Predominant Value $ 95,000 |
| Single Family Age | 3 yrs. to 60 yrs. Predominant Age 45 yrs. |

| | Good | Avg. | Fair | Poor |
|---|---|---|---|---|
| Employment Stability | | ☒ | | |
| Convenience to Employment | | ☒ | | |
| Convenience to Shopping | | ☒ | | |
| Convenience to Schools | | ☒ | | |
| Adequacy of Public Transportation | | ☒ | | |
| Recreational Facilities | | ☒ | | |
| Adequacy of Utilities | | ☒ | | |
| Property Compatibility | | ☒ | | |
| Protection from Detrimental Conditions | | ☒ | | |
| Police and Fire Protection | | ☒ | | |
| General Appearance of Properties | | ☒ | | |
| Appeal to Market | | ☒ | | |

Comments including those factors, favorable or unfavorable, affecting marketability (e.g. public parks, schools, view, noise): Subject is located North of I-70, East of Pleasant Grove Road, West of Sonora Road and South of Adamsville Road in Washington Twp. The market is considered to be stable with property values, stable at best. This is after a period (2001-2005) of rapidly increasing property values, rates remain favorable, extended market times are noted.

## SITE

| Dimensions 132x190 | = | 25,080 Sq. Ft. or Acres | ☐ Corner Lot |
|---|---|---|---|
| Zoning classification | | Present Improvements ☒ do ☐ do not conform to zoning regulations | |
| Highest and best use ☒ Present use ☐ Other (specify) | | | |

| | Public | Other (Describe) | OFF SITE IMPROVEMENTS | Topo | level/sloping/hill side |
|---|---|---|---|---|---|
| Elec. | ☒ | | Street Access ☒ Public ☐ Private | Size | .57 |
| Gas | ☒ | | Surface paved | Shape | irrg |
| Water | ☐ | public | Maintenance ☐ Public ☐ Private | View | average |
| San. Sewer | ☐ | private | ☐ Storm Sewer ☐ Curb/Gutter | Drainage | average |
| | ☐ | Underground Elect. & Tel. | ☐ Sidewalk ☒ Street Lights | Is the property located in a HUD Identified Special Flood Hazard Area? ☒ No ☐ Yes |

Comments (favorable or unfavorable including any apparent adverse easements, encroachments, or other adverse conditions): No adverse easements or encroachments were noted which would materially affect market value no hazardous wastes, or toxic substance are known to exist on or in the immediate vicinity of the subject property. A Title search should be completed to assure no adverse encroachments or easements are present.

## MARKET DATA ANALYSIS

The undersigned has recited three recent sales of properties most similar and proximate to subject and has considered these in the market analysis. The description includes a dollar adjustment reflecting market reaction to those items of significant variation between the subject and comparable properties. If a significant item in the comparable property is superior to or more favorable than the subject property, a minus (-) adjustment is made thus reducing the indicated value of subject; if a significant item in the comparable is inferior to or less favorable than the subject property, a plus (+) adjustment is made thus increasing the indicated value of the subject.

| ITEM | SUBJECT PROPERTY | COMPARABLE NO. 1 | | COMPARABLE NO. 2 | | COMPARABLE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | 2880 Boggs Rd Zanesville, Ohio 43701 | 1420 Sunflower New Concord, Ohio 43762 | | 4160 Boggs Road Zanesville, Ohio 43701 | | 765 Newport Drive Zanesville, Ohio 43701 | |
| Proximity to Subject | | 11.48 miles E | | 1.96 miles E | | 0.76 miles NE | |
| Sales Price | $ n/a | $ 15,500 | | $ 22,500 | | $ 18,900 | |
| Price | $ | $ | | $ | | $ | |
| Data Source | court house | mls,court house | | mls, court house | | mls, court house | |
| Date of Sale and Time Adjustment | DESCRIPTION n/a | DESCRIPTION 02/23/09 | +(-)$ Adjust. | DESCRIPTION 11/06/09 | +(-)$ Adjust | DESCRIPTION 12/07/09 | +(-)$ Adjust. |
| Location | average | average | | average | | average | |
| Site/View | .57/avg | 5/avg | -10,000 | 2.36/avg | -12,000 | 5.01/avg | -10,000 |
| improvements | none noted | none noted | | none noted | | water tap | -700 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Sales or Financing Concessions | n/a | | | | | | |
| Net Adj. (Total) | | ☐ + ☒ - $ | -10,000 | ☐ + ☒ - $ | -12,000 | ☐ + ☒ - $ | -10,700 |
| Indicated Value of Subject | | $ | 5,500 | $ | 10,500 | $ | 8,200 |

Comments on Market Data: The direct sales analysis value is based on a weighted average of the gross adjustments of the above dischbed slaes in the market analysis grid.

Comments and Conditions of Appraisal: The direct sales analysis value was based on a weighted average of the gross adjustments of the above described sales in the market analysis grid. Time and distance is not a factor due to the subject being located in a rural area.

## RECONCILIATION

Final Reconciliation: The final estimate of vlaue is based on the sales comparison approach which is well supported by the other approaches.

I ESTIMATE THE MARKET VALUE, AS DEFINED, OF SUBJECT PROPERTY AS OF _____ April 17 2010 to be $ 8,066

*Kathy Seward*

Kathy Seward
Appraiser(s)

Review Appraiser (if applicable)    ☐ Did  ☐ Did Not Physically Inspect Property

[Y2K]

kathy seward
Form LND — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he considers his own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgement.

## STATEMENT OF LIMITING CONDITIONS AND APPRAISER'S CERTIFICATION

**CONTINGENT AND LIMITING CONDITIONS:** The appraiser's certification that appears in the appraisal report is subject to the following conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.

2. The appraiser has provided a sketch in the appraisal report to show approximate dimensions of the improvements and the sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

5. The appraiser has estimated the value of the land in the cost approach at its highest and best use and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used.

6. The appraiser has noted in the appraisal report any adverse conditions (such as, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property or adverse environmental conditions (including the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

7. The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

8. The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice.

9. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that completion of the improvements will be performed in a workmanlike manner.

10. The appraiser must provide his or her prior written consent before the lender/client specified in the appraisal report can distribute the appraisal report (including conclusions about the property value, the appraiser's identity and professional designations, and references to any professional appraisal organizations or the firm with which the appraiser is associated) to anyone other than the borrower; the mortgagee or its successors and assigns; the mortgage insurer; consultants; professional appraisal organizations; any state or federally approved financial institution; or any department, agency, or instrumentality of the United States or any state or the District of Columbia; except that the lender/client may distribute the property description section of the report only to data collection or reporting service(s) without having to obtain the appraiser's prior written consent. The appraiser's written consent and approval must also be obtained before the appraisal can be conveyed by anyone to the public through advertising, public relations, news, sales, or other media.

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have researched the subject market area and have selected a minimum of three recent sales of properties most similar and proximate to the subject property for consideration in the sales comparison analysis and have made a dollar adjustment when appropriate to reflect the market reaction to those items of significant variation. If a significant item in a comparable property is superior to, or more favorable than, the subject property, I have made a negative adjustment to reduce the adjusted sales price of the comparable and, if a significant item in a comparable property is inferior to, or less favorable than the subject property, I have made a positive adjustment to increase the adjusted sales price of the comparable.

2. I have taken into consideration the factors that have an impact on value in my development of the estimate of market value in the appraisal report. I have not knowingly withheld any significant information from the appraisal report and I believe, to the best of my knowledge, that all statements and information in the appraisal report are true and correct.

3. I stated in the appraisal report only my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the contingent and limiting conditions specified in this form.

4. I have no present or prospective interest in the property that is the subject to this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or the estimate of market value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property.

5. I have no present or contemplated future interest in the subject property, and neither my current or future employment nor my compensation for performing this appraisal is contingent on the appraised value of the property.

6. I was not required to report a predetermined value or direction in value that favors the cause of the client or any related party, the amount of the value estimate, the attainment of a specific result, or the occurrence of a subsequent event in order to receive my compensation and/or employment for performing the appraisal. I did not base the appraisal report on a requested minimum valuation, a specific valuation, or the need to approve a specific mortgage loan.

7. I performed this appraisal in conformity with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place as of the effective date of this appraisal, with the exception of the departure provision of those Standards, which does not apply. I acknowledge that an estimate of a reasonable time for exposure in the open market is a condition in the definition of market value and the estimate I developed is consistent with the marketing time noted in the neighborhood section of this report, unless I have otherwise stated in the reconciliation section.

8. I have personally inspected the interior and exterior areas of the subject property and the exterior of all properties listed as comparables in the appraisal report. I further certify that I have noted any apparent or known adverse conditions in the subject improvements, on the subject site, or on any site within the immediate vicinity of the subject property of which I am aware and have made adjustments for these adverse conditions in my analysis of the property value to the extent that I had market evidence to support them. I have also commented about the effect of the adverse conditions on the marketability of the subject property.

9. I personally prepared all conclusions and opinions about the real estate that were set forth in the appraisal report. If I relied on significant professional assistance from any individual or individuals in the performance of the appraisal or the preparation of the appraisal report, I have named such individual(s) and disclosed the specific tasks performed by them in the reconciliation section of this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in the report; therefore, if an unauthorized change is made to the appraisal report, I will take no responsibility for it.

**SUPERVISORY APPRAISER'S CERTIFICATION:** If a supervisory appraiser signed the appraisal report, he or she certifies and agrees that: I directly supervise the appraiser who prepared the appraisal report, have reviewed the appraisal report, agree with the statements and conclusions of the appraiser, agree to be bound by the appraiser's certifications numbered 4 through 7 above, and am taking full responsibility for the appraisal and the appraisal report.

**ADDRESS OF PROPERTY APPRAISED:** 2880 Boggs Rd, Zanesville, Ohio 43701-9177

**APPRAISER:**
Signature: *Kathy Seward*
Name: Kathy Seward
Date Signed: ____
State Certification #: Licensed Residential Real Estate Appraiser
or State License #: 2005016683
State: Ohio
Expiration Date of Certification or License: 9/6/2010

**SUPERVISORY APPRAISER (only if required):**
Signature: ____
Name: ____
Date Signed: ____
State Certification #: ____
or State License #: ____
State: ____
Expiration Date of Certification or License: ____

☐ Did  ☐ Did Not Inspect Property

Freddie Mac Form 439 6-93                     Page 2 of 2                     Fannie Mae Form 1004B 6-93

Form ACR — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Subject Photo Page

| Owner | | | | |
|---|---|---|---|---|
| Property Address | 2880 Boggs Rd | | | |
| City | Zanesville | County Muskingum | State Ohio | Zip Code 43701-9177 |
| Client | Mandi & Russell Smith | | | |



**Subject Front**
2880 Boggs Rd
Sales Price          n/a
Gross Living Area
Total Rooms
Total Bedrooms
Total Bathrooms
Location             average
View                 .57/avg
Site
Quality
Age



**Subject Rear**



**Subject Street**

Form PICPIX.SR — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Comparable Photo Page

| Owner | | | | |
|---|---|---|---|---|
| Property Address | 2880 Boggs Rd | | | |
| City | Zanesville | County Muskingum | State Ohio | Zip Code 43701-9177 |
| Client | Mandi & Russell Smith | | | |



### Comparable 1
1420 Sunflower
Prox. to Subject   11.48 miles E
Sales Price        15,500
Gross Living Area
Total Rooms
Total Bedrooms
Total Bathrooms
Location           average
View               5/avg
Site
Quality
Age



### Comparable 2
4160 Boggs Road
Prox. to Subject   1.96 miles E
Sales Price        22,500
Gross Living Area
Total Rooms
Total Bedrooms
Total Bathrooms
Location           average
View               2.36/avg
Site
Quality
Age



### Comparable 3
765 Newport Drive
Prox. to Subject   0.76 miles NE
Sales Price        18,900
Gross Living Area
Total Rooms
Total Bedrooms
Total Bathrooms
Location           average
View               5.01/avg
Site
Quality
Age

Form PICPIX.CR — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Location Map

| Owner | | | | |
|---|---|---|---|---|
| Property Address | 2880 Boggs Rd | | | |
| City | Zanesville | County Muskingum | State Ohio | Zip Code 43701-9177 |
| Client | Mandi & Russell Smith | | | |



Form MAP.LOC — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## APPRAISER DISCLOSURE STATEMENT
### In Compliance with Ohio Revised Code Section 4763.12(C)

1315
File No. 1315

**Name of Appraiser:** Kathy Seward

**Class of Certification/Licensure:**
- [ ] Certified General
- [ ] Certified Residential
- [x] Licensed Residential
- [ ] Temporary    [ ] General    [x] Licensed

**Certification/Licensure Number:** _____

**Scope: This Report**
- [x] is within the scope of my Certification or License
- [ ] is not within the scope of my Certification or License

**Service Provided by:**
- [x] Disinterested & Unbiased Third Party
- [ ] Interested & Biased Third Party
- [ ] Interested Third Party on Contingent Fee Basis

Signature of person preparing and reporting the Appraisal:

*Kathy Seward*

This form must be included in conjunction with all appraisal assignments or specialized services performed by a state-certified or state-licensed real estate appraiser

State of Ohio
Department of Commerce
Division of Real Estate Appraiser Section
Cleveland (216) 787-3100

Form OADS — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE